# Exhibit 2

## Bank Accounts

| Legal Entity | Banking Institution | Account No. | Account Type |
|---|---|---|---|
| Claire's Stores, Inc. | Citibank N.A. | x5866 | Master Concentration |
| Claire's Stores, Inc. | Citibank N.A. | x5874 | Disbursement |
| Claire's Stores, Inc. | Citibank N.A. | x5882 | Disbursement |
| Claire's Stores, Inc. | Citibank N.A. | x5903 | Disbursement |
| Claire's Stores, Inc. | Citibank N.A. | x6055 | Disbursement |
| Claire's Stores, Inc. | Citizens Bank | x0708 | Commercial Checking |
| Claire's Boutiques, Inc. | Wisely | x9573 | Payroll Card |
| Claire's Stores, Inc. | US Bank | x0382 | Collateral |
| CLSIP, LLC | Citibank N.A. | x5938 | Other |
| Claire's Intellectual LLC | Citibank N.A. | x6282 | International Operations |
| Claire's Holdings, LLC | Citibank N.A. | x5946 | Other |
| Claire's (Gibraltar) Holdings Limited | NatWest Offshore Gibraltar Ltd | x 611 | Foreign |
| Claire's (Gibraltar) Holdings Limited | JP Morgan Chase | x3961 | Adequate Assurance |
| Claire's Boutiques, Inc. | First National Bank | x2014 | Store Deposit |
| Claire's Boutiques, Inc. | Synovus Bank | x0401 | Store Deposit |
| Claire's Boutiques, Inc. | Titan Bank | x0765 | Store Deposit |
| Claire's Boutiques, Inc. | Commerce Bank | x0528 | Store Deposit |
| Claire's Boutiques, Inc. | Isabella Bank & Trust | x5449 | Store Deposit |
| Claire's Boutiques, Inc. | Synovus Bank | x7003 | Store Deposit |
| Claire's Boutiques, Inc. | American National Bank | x0578 | Store Deposit |
| Claire's Boutiques, Inc. | Bancfirst | x5936 | Store Deposit |

| Claire's Boutiques, Inc. | Hankcock Bank | x0277 | Store Deposit |
|---|---|---|---|
| Claire's Boutiques, Inc. | Desert Community Bank | x4701 | Store Deposit |
| Claire's Boutiques, Inc. | Flagstar Bank | x9759 | Store Deposit |
| Claire's Boutiques, Inc. | Community Bank | x4967 | Store Deposit |
| Claire's Boutiques, Inc. | Community Bank | x5899 | Store Deposit |
| Claire's Boutiques, Inc. | Plains Capital Bank | x4315 | Store Deposit |
| Claire's Boutiques, Inc. | Premier Bank | x0910 | Store Deposit |
| Claire's Boutiques, Inc. | Tri Counties Bank | x3379 | Store Deposit |
| Claire's Boutiques, Inc. | First Western Bank & Trust | x8841 | Store Deposit |
| Claire's Boutiques, Inc. | S&T Bank | x5936 | Store Deposit |
| Claire's Boutiques, Inc. | S&T Bank | x1553 | Store Deposit |
| Claire's Boutiques, Inc. | Bremer Bank | x4864 | Store Deposit |
| Claire's Boutiques, Inc. | Bremer Bank | x4082 | Store Deposit |
| Claire's Boutiques, Inc. | Bremer Bank | x7448 | Store Deposit |
| Claire's Boutiques, Inc. | Peoples Bank | x1315 | Store Deposit |
| Claire's Boutiques, Inc. | First National Bank Of Ottawa | x3158 | Store Deposit |
| Claire's Boutiques, Inc. | Nbc | x2461 | Store Deposit |
| Claire's Boutiques, Inc. | Kirkwood Bank & Trust | x6401 | Store Deposit |
| Claire's Boutiques, Inc. | International Bank Of Commerce | x3121 | Store Deposit |
| Claire's Boutiques, Inc. | First Bank Kansas | x1585 | Store Deposit |
| Claire's Boutiques, Inc. | Rio Grande Bank | x2906 | Store Deposit |
| Claire's Boutiques, Inc. | United Community Bank | x5319 | Store Deposit |
| Claire's Boutiques, Inc. | State Bank | x5915 | Store Deposit |
| Claire's Boutiques, Inc. | F & M Bank | x2574 | Store Deposit |

| Claire's Boutiques, Inc. | Commerce Bank | x5315 | Store Deposit |
|---|---|---|---|
| Claire's Boutiques, Inc. | Community National Bank & Trust | x1092 | Store Deposit |
| Claire's Boutiques, Inc. | Franklin Savings Bank | x3662 | Store Deposit |
| Claire's Boutiques, Inc. | Premier Bank Of Minnesota | x1694 | Store Deposit |
| Claire's Boutiques, Inc. | Umpqua Bank | x6368 | Store Deposit |
| Claire's Boutiques, Inc. | Woodforest | x9224 | Store Deposit |
| Claire's Boutiques, Inc. | First Horizon Bank | x0778 | Store Deposit |
| Claire's Boutiques, Inc. | First Horizon Bank | x0779 | Store Deposit |
| Claire's Boutiques, Inc. | First Citizens Bank & Trust Co | x2782 | Store Deposit |
| Claire's Boutiques, Inc. | Hickory Point Bank | x0213 | Store Deposit |
| Claire's Boutiques, Inc. | Arvest Bank | x9801 | Store Deposit |
| Claire's Boutiques, Inc. | Citizens National Bank | x3627 | Store Deposit |
| Claire's Boutiques, Inc. | Ameris Bank | x0887 | Store Deposit |
| Claire's Boutiques, Inc. | Central Bank Boone County | x7363 | Store Deposit |
| Claire's Boutiques, Inc. | TD Bank | x3879 | Store Deposit |
| Claire's Boutiques, Inc. | Great Southern Bank | x1823 | Store Deposit |
| Claire's Boutiques, Inc. | Great Southern Bank | x3643 | Store Deposit |
| Claire's Boutiques, Inc. | German American Bank | x9495 | Store Deposit |
| Claire's Boutiques, Inc. | Border Bank | x5905 | Store Deposit |
| Claire's Boutiques, Inc. | Bancorpsouth | x5223 | Store Deposit |
| Claire's Boutiques, Inc. | Hancock Bank | x3121 | Store Deposit |
| Claire's Boutiques, Inc. | Truist Bank | x3672 | Store Deposit |
| Claire's Boutiques, Inc. | Truist Bank | x3680 | Store Deposit |
| Claire's Boutiques, Inc. | United Bank | x5676 | Store Deposit |

| Claire's Boutiques, Inc. | Hancock Bank | x7983 | Store Deposit |
|---|---|---|---|
| Claire's Boutiques, Inc. | Park National Bank | x8189 | Store Deposit |
| Claire's Boutiques, Inc. | BOKF, NA dba BOKFinancial | x0366 | Store Deposit |
| Claire's Boutiques, Inc. | BOKF, NA dba BOKFinancial | x0377 | Store Deposit |
| Claire's Boutiques, Inc. | Banknorth | x1498 | Store Deposit |
| Claire's Boutiques, Inc. | Bancorpsouth | x3107 | Store Deposit |
| Claire's Boutiques, Inc. | Regions Bank | x2124 | Store Deposit |
| Claire's Boutiques, Inc. | Northway Bank | x7521 | Store Deposit |
| Claire's Boutiques, Inc. | Hawthorn Bank | x1217 | Store Deposit |
| Claire's Boutiques, Inc. | Dubuque Bank & Trust | x1531 | Store Deposit |
| Claire's Boutiques, Inc. | Bank Champaign | x6513 | Store Deposit |
| Claire's Boutiques, Inc. | Core First Bank & Trust | x0693 | Store Deposit |
| Claire's Boutiques, Inc. | Core First Bank & Trust | x0707 | Store Deposit |
| Claire's Boutiques, Inc. | Truist Bank | x8268 | Store Deposit |
| Claire's Boutiques, Inc. | Bank Champaign | x0459 | Store Deposit |
| Claire's Boutiques, Inc. | Nbt Bank | x2636 | Store Deposit |
| Claire's Puerto Rico Corp. | Banco Popular of Puerto Rico | x4300 | Store Deposit |
| Claire's Boutiques, Inc. | County Bank | x4001 | Store Deposit |
| Claire's Boutiques, Inc. | First Mid Bank & Trust | x8309 | Store Deposit |
| Claire's Boutiques, Inc. | 1st Summit Bank | x0552 | Store Deposit |
| Claire's Boutiques, Inc. | South State Bank | x5812 | Store Deposit |
| Claire's Boutiques, Inc. | First United Bank & Trust | x6101 | Store Deposit |
| Claire's Boutiques, Inc. | BMO Harris Bank | x1300 | Store Deposit |
| Claire's Boutiques, Inc. | Premier Bank | x5137 | Store Deposit |

| Claire's Boutiques, Inc. | Coast Central | x5864 | Store Deposit |
| Claire's Boutiques, Inc. | City National Bank | x1619 | Store Deposit |
| Claire's Boutiques, Inc. | US Bank | x0998 | Store Deposit |
| Claire's Boutiques, Inc. | US Bank | x2853 | Store Deposit |
| Claire's Boutiques, Inc. | US Bank | x2858 | Store Deposit |
| Claire's Boutiques, Inc. | JP Morgan Chase | x5637 | Store Deposit |
| Claire's Boutiques, Inc. | JP Morgan Chase | x5629 | Store Deposit |
| Claire's Boutiques, Inc. | Wrentham Bank | x2933 | Store Deposit |
| Claire's Boutiques, Inc. | First American Bk | x0102 | Store Deposit |
| Claire's Boutiques, Inc. | United Bank | x9111 | Store Deposit |
| Claire's Boutiques, Inc. | Huntington National Bank | x0304 | Store Deposit |
| Claire's Boutiques, Inc. | Huntington National Bank | x0948 | Store Deposit |
| Claire's Boutiques, Inc. | South State Bank | x6752 | Store Deposit |
| Claire's Boutiques, Inc. | Exb Exchange Bank | x4462 | Store Deposit |
| Claire's Boutiques, Inc. | Bank Financial | x0830 | Store Deposit |
| Claire's Boutiques, Inc. | Bangor Saving | x7583 | Store Deposit |
| Claire's Boutiques, Inc. | TD Bank | x3301 | Store Deposit |
| Claire's Boutiques, Inc. | First Farmers Bank & Trust | x0433 | Store Deposit |
| Claire's Boutiques, Inc. | American Bank | x0177 | Store Deposit |
| Claire's Boutiques, Inc. | Bank Of The West | x2207 | Store Deposit |
| Claire's Boutiques, Inc. | TD Bank | x5418 | Store Deposit |
| Claire's Boutiques, Inc. | Arvest Bank | x5369 | Store Deposit |
| Claire's Boutiques, Inc. | American Bank Of Mt | x2801 | Store Deposit |
| Claire's Boutiques, Inc. | Inwood National Bank | x9514 | Store Deposit |

| Claire's Boutiques, Inc. | Citizens National Bank | x2597 | Store Deposit |
|---|---|---|---|
| Claire's Boutiques, Inc. | Trustco Bank | x5920 | Store Deposit |
| Claire's Boutiques, Inc. | Trustco Bank | x8605 | Store Deposit |
| Claire's Boutiques, Inc. | Regions Bank | x0149 | Store Deposit |
| Claire's Boutiques, Inc. | Regions Bank | x0432 | Store Deposit |
| Claire's Boutiques, Inc. | First Community Bank | x0513 | Store Deposit |
| Claire's Boutiques, Inc. | Key Bank | x6133 | Store Deposit |
| Claire's Boutiques, Inc. | Key Bank | x8188 | Store Deposit |
| Claire's Boutiques, Inc. | Key Bank | x0162 | Store Deposit |
| Claire's Boutiques, Inc. | First Financial Bank | x8093 | Store Deposit |
| Claire's Boutiques, Inc. | Citizens Bank | x5511 | Store Deposit |
| Claire's Boutiques, Inc. | Texas Bank And Trust | x4594 | Store Deposit |
| Claire's Boutiques, Inc. | Wells Fargo | x0492 | Store Deposit |
| Claire's Boutiques, Inc. | First Financial Bank | x6850 | Store Deposit |
| Claire's Boutiques, Inc. | Vectra Bank | x5449 | Store Deposit |
| Claire's Boutiques, Inc. | First Bankers Trust Co | x1723 | Store Deposit |
| Claire's Boutiques, Inc. | Wells Fargo | x6312 | Store Deposit |
| Claire's Boutiques, Inc. | Star Financial Bank | x0623 | Store Deposit |
| Claire's Boutiques, Inc. | Security Service | x2071 | Store Deposit |
| Claire's Boutiques, Inc. | TD Bank | x9464 | Store Deposit |
| Claire's Boutiques, Inc. | BMO Harris Bank | x7025 | Store Deposit |
| Claire's Boutiques, Inc. | Wells Fargo | x3267 | Store Deposit |
| Claire's Boutiques, Inc. | First Financial Bank | x7801 | Store Deposit |
| Claire's Boutiques, Inc. | BMO Harris Bank | x1449 | Store Deposit |

| Claire's Boutiques, Inc. | WesBanco Bank | x1669 | Store Deposit |
|---|---|---|---|
| Claire's Boutiques, Inc. | Claire's European Services Ltd | x1068 | Store Deposit |
| Claire's Boutiques, Inc. | 1ST BANK | x5615 | Store Deposit |
| Claire's Boutiques, Inc. | LAKE REGION BANK | x4145 | Store Deposit |
| Claire's Boutiques, Inc. | LEA COUNTY STATE BANK | x0681 | Store Deposit |
| Claire's Boutiques, Inc. | Valley National Bank | x9198 | Store Deposit |
| Claire's Boutiques, Inc. | INTERNATIONAL BANK OF COMMERCE | x8301 | Store Deposit |
| Claire's Boutiques, Inc. | INTERNATIONAL BANK OF COMMERCE | x2801 | Store Deposit |
| Claire's Boutiques, Inc. | EASTERN BANK | x5025 | Store Deposit |
| Claire's Boutiques, Inc. | Citizens Bank | x4126 | Store Deposit |
| Claire's Boutiques, Inc. | Citizens Bank | x4102 | Store Deposit |
| Claire's Boutiques, Inc. | STAR FINANCIAL BANK | x0859 | Store Deposit |
| Claire's Boutiques, Inc. | SIMMONS BANK | x4172 | Store Deposit |
| Claire's Boutiques, Inc. | JP Morgan Chase | x6929 | Store Deposit |
| Claire's Boutiques, Inc. | First Hawaiian Bank | x3106 | Store Deposit |
| Claire's Boutiques, Inc. | NBT BANK | x0966 | Store Deposit |
| Claire's Boutiques, Inc. | Fifth Third Bank | x8945 | Store Deposit |
| Claire's Boutiques, Inc. | CITIZENS NATIONAL BANK | x0759 | Store Deposit |
| Claire's Boutiques, Inc. | FARMERS STATE BANK | x0869 | Store Deposit |
| Claire's Boutiques, Inc. | TD Bank | x3131 | Store Deposit |
| Claire's Boutiques, Inc. | Commerce Bank | x8526 | Store Deposit |
| Claire's Boutiques, Inc. | Bank of Hawaii | x6950 | Store Deposit |
| Claire's Boutiques, Inc. | Bank of Hawaii | x6831 | Store Deposit |
| Claire's Boutiques, Inc. | CORNERSTONE BANK | x0579 | Store Deposit |

| Claire's Boutiques, Inc. | Bank of America | x3821 | Store Deposit |
| --- | --- | --- | --- |
| Claire's Boutiques, Inc. | Bank of America | x3834 | Store Deposit |
| Claire's Boutiques, Inc. | CAPE COD FIVE CENTS BANK | x0841 | Store Deposit |
| Claire's Boutiques, Inc. | M & T Bank | x2409 | Store Deposit |
| Claire's Boutiques, Inc. | PNC Bank | x8143 | Store Deposit |
| Claire's Boutiques, Inc. | PNC Bank | x8151 | Store Deposit |
| Claire's Boutiques, Inc. | PNC Bank | x0728 | Store Deposit |
| Claire's Boutiques, Inc. | CAMDEN NATIONAL BANK | x3839 | Store Deposit |
| Claire's Boutiques, Inc. | FIRST INTERSTATE BANK | x0156 | Store Deposit |
| Claire's Boutiques, Inc. | FIRST MID BANK & TRUST | x6410 | Store Deposit |
| Claire's Boutiques, Inc. | BANK OF THE WEST | x1280 | Store Deposit |
| Claire's Boutiques, Inc. | M & T Bank | x8917 | Store Deposit |
| Claire's Boutiques, Inc. | UMB Bank | x8744 | Store Deposit |
| Claire's Boutiques, Inc. | Fifth Third Bank | x3163 | Store Deposit |
| Claire's Boutiques, Inc. | Fifth Third Bank | x4350 | Store Deposit |
| Claire's Boutiques, Inc. | PNC Bank | x9868 | Other |
| Claire's Stores Canada Corp. | Canadian Imperial Bank of Commerce (CIBC) | x3119 | Non-Debtor Account |
| Claire's Stores Canada Corp. | Canadian Imperial Bank of Commerce (CIBC) | x6217 | Non-Debtor Account |
| Claire's Stores Canada Corp. | Canadian Imperial Bank of Commerce (CIBC) | x7517 | Non-Debtor Account |
| Claire's Stores Canada Corp. | Canadian Imperial Bank of Commerce (CIBC) | x2716 | Non-Debtor Account |
| Claire's Stores Canada Corp. | Canadian Imperial Bank of Commerce (CIBC) | x6411 | Non-Debtor Account |
| Claire's Stores Canada Corp. | Canadian Imperial Bank of Commerce (CIBC) | x2910 | Non-Debtor Account |
| Claire's Stores Canada Corp. | Canadian Imperial Bank of Commerce (CIBC) | x2813 | Non-Debtor Account |
| Claire's China Services | Citibank N.A. | x5911 | Non-Debtor Account |

| Claire's Stores Canada Corp. | Scotia Bank | x7515 | Non-Debtor Account |
|---|---|---|---|
| Claire's Stores Canada Corp. | Canadian Imperial Bank of Commerce (CIBC) | x3011 | Non-Debtor Account |
| Claire's Stores Canada Corp. | Bank of Montreal | x9103 | Non-Debtor Account |
| Claire's Stores Canada Corp. | Canada Trust TD | x6490 | Non-Debtor Account |
| Claire's Stores Canada Corp. | Royal Bank | x3300 | Non-Debtor Account |
| Claire's European Services Ltd | HSBC Bank Plc | x0935 | Non-Debtor Account |
| RSI International Limited | HSBC Bank Plc | x6274 | Non-Debtor Account |