IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CLAIRE'S HOLDINGS LLC, *et al.,* ) | Case No.  25-11454 (BLS) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Katherine M. Cavins, Esq. of Kelley Drye & Warren LLP to represent 5Rivers CRE, LLC, Brixmor Property Group, Brookfield Properties Retail, Inc., Hines Global REIT, Jones Lang LaSalle, Kite Realty Group, Regency Centers, LP, SITE Centers Corp. and Turnberry Associates in the above-captioned cases.

Dated:  August 8, 2025          */s/ Susan E. Kaufman*
                                Susan E. Kaufman (DE Bar No. 3381)
                                **LAW OFFICE OF SUSAN E. KAUFMAN, LLC**
                                919 N. Market Street, Suite 460
                                Wilmington, DE 19801
                                Tel: (302) 472-7420 / Fax: (302) 792-7420
                                Email: skaufman@skaufmanlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York and the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the annual fee of $50.00 has been or will be paid to the Clerk of Court for District Court.

*/s/ Katherine M. Cavins*
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7782 / Fax: (212) 808-7897
Email: kcavins@kelleydrye.com