IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
: 
Claire's Inc.,[1] : Case No. 18-10583 (MFW)
: 
**Reorganized Debtor.** : 
: 
------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 21, 2024 AT 3:00 P.M. (ET)**

THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.

TO ATTEND THIS HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT **WWW.DEB.USCOURTS.GOV** OR CLICK THE FOLLOWING LINK: **https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING REMOTELY.

PARTIES ARE REQUIRED TO REGISTER FOR THIS HEARING BY 12:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THIS HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are Claire's Inc. (9619) ("**Claire's Parent**"); Claire's Stores, Inc. (0416); BMS Distributing Corp. (4117); CBI Distributing Corp. (5574); Claire's Boutiques, Inc. (5307); Claire's Canada Corp. (7936); Claire's Puerto Rico Corp. (6113); and CSI Canada LLC. On December 18, 2018, the Court entered a final decree closing each of the chapter 11 cases other than Claire's Parent's chapter 11 case. Commencing on December 18, 2018, all motions, notices and other pleadings relating to any of the Reorganized Debtors shall be filed in Claire's Parent's chapter 11 case. The Reorganized Debtors' corporate headquarters and service address is 2400 West Central Road, Hoffman Estates, Illinois 60192.

RLF1 31369413v.1

**I.     STATUS CONFERENCE:**

1. Notice of Virtual Hearing [Claire's Parent D.I. 401, Case No. 18-10583; filed May 13, 2024]

    Status: The status conference will go forward.

Dated:   August 19, 2024
         Wilmington, Delaware

/s/   *Zachary J. Javorsky*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Huiqi Liu (No. 6850)
Zachary J. Javorsky (No. 7069)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

-and

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Matthew S. Barr (admitted *pro hac vice*)
Alexander W. Welch (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Attorneys for Reorganized Debtors*